AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:22-CR-110 (VAB) |
| STANISLAV ROMANYUK and VADIMS ANANICS | ) | |
| *Defendant* | ) | |

MAR 27 2023 PM 12:42
FILED-USDC-CT-NEW HAVEN

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date:   03/17/2023

/s/ Matthew A. Anzaldi
*Attorney's signature*

Matthew A. Anzaldi (DC 455515)
*Printed name and bar number*

U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
*Address*

matthew.anzaldi@usdoj.gov
*E-mail address*

(202) 353-0452
*Telephone number*

*FAX number*