UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:22CR110(VAB) |
| | : | |
| MUSTAFAEV, ET AL. | : | April 28, 2023 |

## MOTION TO CONTINUE TRIAL DATE

On June 2, 2022, a grand jury sitting in Hartford returned a superseding indictment charging Stanislav Romanyuk, Vadims Ananics, and others. *See* Docket Entry Number ("Dkt. Entry No.") 1-2. On February 21, 2023, Ananics was arraigned on the superseding indictment and Romanyuk was arraigned on March 15, 2023. Dkt. Entry 64, 73. On March 28, 2023, this Court granted the Government's Motion under Section 9 of the Classified Information Procedures Act. Dkt. Entry 79. Jury selection is currently set for May 1, 2023. *See* Dkt Entry No. 73. The defendants jointly move for a postponement of jury selection to June 1, 2023 due to the volume of discovery and the nature of the discovery, and the need for translation services. This is the first motion addressed to this deadline, and the government has no objection to its being granted.

**THE DEFENDANT**

By <u>/s/ William M. Bloss</u>
WILLIAM M. BLOSS
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
Email: bbloss@koskoff.com

1

## CERTIFICATION

      I hereby certify that on April 28, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                      /s/ *William M. Bloss*
                                      William M. Bloss