## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        v.                                  **APPEARANCE**

ERIKS MAMONOVS                     CASE NO.:   3:22CR110(VAB)

*To the Clerk of this Court and all parties of record:*

    *Enter my Appearance as counsel in this case for:*      Eriks Mamonovs

*Date: May 22, 2023*                       /s/ Daniel Erwin
                                       Signature

*Bar No.:  ct28947*                       Daniel Erwin
                                       Print Name

                                       FEDERAL DEFENDER OFFICE
                                       Firm Name

                                       265 Church St., Suite 702
                                       Address

                                       New Haven       CT       06510
                                       City            State      Zip Code

                                       (203) 498-4200
                                       Phone Number

CERTIFICATE OF SERVICE

    *I HEREBY CERTIFY that on May 24, 2023, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.*

                                       /s/ Daniel Erwin
                                       Daniel Erwin