## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 3:22-cr-110(VAB) |
| : | |
| STANISLAV ROMANYUK, ET AL. : | |

### NOTICE OF APPEARANCE

The undersigned attorney hereby requests that her appearance as counsel for the United States of America be entered in the above-entitled case.

Date:  July 11, 2023

        Respectfully Submitted,

        VANESSA ROBERTS AVERY
        UNITED STATES ATTORNEY

By:    ___/s/ Stephanie T. Levick_____
        Stephanie T. Levick (Federal Bar No. phv20161)
        Assistant United States Attorney
        United States Attorney's Office
        157 Church Street, 25th Floor
        New Haven, CT 06510
        Tel: (203) 821-3700
        Email: stephanie.levick@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on July 11, 2023, a copy of the foregoing notice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                /s/ Stephanie T. Levick
              STEPHANIE T. LEVICK
              ASSISTANT UNITED STATES ATTORNEY