UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:22-CR-110(VAB)

ERIKS MAMONOVS  October 3, 2023

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Counsel for the defendant in the above-captioned matter respectfully moves to continues sentencing in this matter by 90 additional days. The government has no objection to this motion.

A continuance is warranted because of the international dimensions of this case, the change of counsel, and the amount of time counsel must devote to other matters. First and as the Court may recall, Attorney James Maguire originally handled this matter until he left the Federal Defender's Office in May of 2023. Counsel assumed numerous cases from Mr. Maguire and has prioritized them according to liberty, speedy trial, and logistical interests as new cases came in. Second, Mr. Mamonovs is at liberty and is currently residing in Eastern Europe. Counsel has been in contact with him by email; however, between the approximate 12 hour time difference, the need for translation, and foreign documents, and institutions, the process is considerably more complicated. Additionally, there is a possibility that this matter will be reassigned to another Assistant Federal Defender who has recently returned to the office. Finally, counsel has had approximately seven new arrests, in addition to supervised release violations, since he was assigned this case. Many of those involved immediate detention issues, voluminous discovery or both and has had to address those issues as they arise. Accordingly, additional time is warranted that Mr. Mamonovs receives effective assistances of counsel.

WHEREFORE, counsel for Mr. Mamonovs respectfully requests that sentencing be postponed by 90 additional days.

Respectfully Submitted,

/s/Daniel M. Erwin/s/
By Daniel M. Erwin (ct28947)
FEDERAL DEFENDER'S OFFICE
265 Church Street, Suite 702
New Haven, CT 05610
Tel: (860) 493-6260
Email: Daniel_Erwin@fd.org

### CERTIFICATION OF SERVICE

This is to certify that on October 4, 2023, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

/s/Daniel M. Erwin/s/
Daniel M. Erwin