UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | NO. 3:22-CR-110 (VAB) |
| ERIKS MAMMONOVS : | January 10, 2024 |

## MOTION TO CONTINUE SENTENCING

Defendant Eriks Mammonovs hereby moves to continue the sentencing currently scheduled for January 18, 2024 for an additional 90 days. The government has no objection to this motion. In support of this motion, Mr. Mammonovs states as follows:

On January 23, 2023, Mr. Mammnovs plead guilty to one count of violating the Export Control Reform Act ("ECRA"), 50 U.S.C. § 4819. At the same time, he was released on bond and has been compliant with terms of his release since then.

A continuance is warranted because of the international dimensions of this case, the change of counsel, and the amount of time counsel must devote to other matters. First and as the Court may recall, Attorney James Maguire originally handled this matter until he left the Federal Defender's Office in May of 2023. Counsel assumed numerous cases from Mr. Maguire and has prioritized them according to liberty, speedy trial, and logistical interests as new cases came in. Second, Mr. Mamonovs is at liberty and is currently residing in Eastern Europe. Counsel has been in contact with him by email; however, between the approximate 12 hour time difference, the need for translation, and foreign documents, and institutions, the process is considerably more complicated than normal client communications.

The details of this case, involving complicated international transactions and evidence from overseas, are far more involved than most cases. As a result, both the undersigned and the government

counsel want additional time to ensure that all of the relevant facts can be properly assembled and placed in context for the Court, a task complicated by the nature of this international case.

Additionally, counsel has dozens of new arrests since his last motion to continue, in addition to supervised release violations, since he was assigned this case. Many of those involved immediate detention issues, voluminous discovery or both and demanded immediate action to address those issues as they arise. Here, despite the complexity of the case, Mr. Mammanovs is at liberty, in full compliance with the terms of release, and there is no pressing need to continue to sentencing now instead of later. Accordingly, additional time is warranted to ensure that Mr. Mamonovs receives effective assistance of counsel.

Mr. Mammanovs therefore asks that the sentencing be rescheduled to a date in Mid-April 2024 at the Court's discretion. As the PSR has already been filed, the only remaining deadlines, for the parties' sentencing memos, would be ten days before sentencing for the defendant and 7 days before sentencing for the government.

Respectfully Submitted,

THE DEFENDANT,
Eriks Mammnovs

FEDERAL DEFENDER OFFICE

Date: January 10, 2024              /s/ Daniel Erwin
                                    Daniel Erwin
                                    Assistant Federal Defender
                                    265 Church Street, Suite 702
                                    New Haven, CT 06510
                                    Phone: (203) 498-4200
                                    Bar No.: ct28947
                                    Email: Daniel_erwin@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 10, 2024, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ Deniel Erwin
                                    Daniel Erwin