UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:22-CR-110(VAB)

ERIKS MAMONOVS  September 3, 2024

### MOTION TO CONTINUE SENTENCING

Counsel for Mr. Mamonovs respectfully moves to continue sentencing by 180 additional days. Counsel for the government has no objection to the granting of this request. The basis is set forth herein.

A continuance of this length is warranted for two reasons. First, Mr. Mamonovs and his counsel have been awaiting information from collateral proceedings before proceedings. Accordingly, additional time is warranted for that reason. Second, is geographic distance and the international dismission of this case. Mr. Mamonovs is on release is his native country of Latvia. Accordingly, counsel wishes to be fully prepared before he is required to return from Eastern Europe. Additionally, the government has raised the possibly of continuing sentencing indefinitely given Mr. Mamonov's low risk level and remote location. Counsel has not yet discussed this with his client and will report back on that particular issue. In the meantime, however, he asks that sentencing be postponed for 180 additional days for the reasons stated herein.

Dated: September 3, 2024

Respectfully Submitted,

THE DEFENDANT,
Eriks Mamonovs

FEDERAL DEFENDER'S OFFICE

/s/Daniel M. Erwin/s/
By Daniel M. Erwin (ct28947)
265 Church Street, Suite 702
New Haven, CT 05610
Tel: (860) 493-6260
Email: Daniel_Erwin@fd.org

CERTIFICATION OF SERVICE

    This is to certify that on September 4, 2024, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

/s/Daniel M. Erwin/s/
Daniel M. Erwin

2