UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 3:22-cr-110 (VAB) |
| v. | ) |
| | ) |
| MARAT MUSTAFAEV, *et al.* | ) |

NOTICE OF APPEARANCE

Please enter the appearance of Daniel George, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

  */s/ Daniel George*
DANIEL GEORGE
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. phv207404
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Daniel.George@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties and the public may access this filing through the court's CM/ECF System.

      /s/ Daniel George
DANIEL GEORGE
ASSISTANT UNITED STATES ATTORNEY