UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:22-CR-110 (VAB) |
| ERIKS MAMONOVS | March 4, 2025 |

### DEFENDANT'S MOTION TO CONTINUE SENTENCING

    Counsel for Mr. Mamonovs moves to continue sentencing in this matter by 30 additional days. Counsel for the government has no objection to the granting of this motion. Counsel does not expect that sentencing will go forward at that date, but he and the government need to discuss a long-term plan for this matter.

    Mr. Mamonovs is in Latvia, so he will need time to appear for any sentencing. Given that and some other unusual circumstances related to this case, counsel and the government are exploring plans. Ideally, they will use this 30-day continuance to develop a long-term plan.

Respectfully submitted,

THE DEFENDANT,
Eriks Mamonovs

OFFICE OF THE FEDERAL DEFENDER

Dated: March 4, 2025

/s/ Daniel M. Erwin
Daniel M. Erwin
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct28947
Email: Daniel_Erwin@fd.org

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 4, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                 */s/ Daniel M. Erwin*
                                 Daniel M. Erwin